E-FILED
Wednesday, 08 March, 2006  04:14:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Cynthia Glaser | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  04-4081 |
| | ) | |
| Life Insurance Company of North America, et al | ) | |
| | ) | |
| Defendant | ) | |

**AGREED ORDER OF DISMISSAL**

The parties hereto have stipulated that this case should be dismissed by reason of settlement.

IT IS ORDERED that this action is dismissed with prejudice pursuant to Rule 41 (a)(2) with each party to bear its own costs.  As a condition of this dismissal, the Court retains jurisdiction of this case to enforce compliance with the settlement contract.  See, Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994).

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 8th day of March, 2006.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE